165 So. 916
**Ernest B. DUNCAN, Jr., v. STATE.**
**6 Div. 831.**

Court of Appeals of Alabama.
Jan. 14, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 916
**Loveman DUNN v. STATE.**
**6 Div. 826.**

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Appeal dismissed.

164 So. 916
**Carl DURROUGH v. STATE.**
**6 Div. 779.**

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Appeal dismissed.

171 So. 922
**Milton EARNEST v. STATE.**
**6 Div. 96.**

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

169 So. 907
**William H. EAST v. STATE.**
**4 Div. 171.**

Court of Appeals of Alabama.
May 26, 1936.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 907
**William H. EAST v. STATE.**
**4 Div. 175.**

Court of Appeals of Alabama.
April 7, 1936.

Rehearing Denied May 26, 1936.

William H. East, pro se.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

169 So. 908
**William H. EAST v. STATE.**
**4 Div. 197.**

Court of Appeals of Alabama.
May 26, 1936.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 908
**William H. EAST v. STATE.**
**4. Div. 216.**

Court of Appeals of Alabama.
April 7, 1936.

Rehearing Denied May 19, 1936.